AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

**UNITED STATES OF AMERICA**
**V.**
**Erick Jose Gaitan-Bermudez**

United States Courts
Southern District of Texas
FILED
January 15, 2023

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-23-0088-M

IAE  YOB: 1999
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __January 13, 2023__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Garceno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Erick Jose Gaitan-Bermudez was encountered by Border Patrol Agents near Garceno, Texas on January 13, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 13, 2023, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 29, 2018, through Houston, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA M. Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 15, 2023    11:01 a.m.

/s/ Lorraine A. Partida
Signature of Complainant

Lorraine A. Partida       Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer